IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRISTA K. TIDWELL                                                              PLAINTIFF

V.                                         CASE NO. 09-CV-1001

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                 DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 5, 2010, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14). Judge Setser recommends that this matter be reversed and remanded, pursuant to 42 U.S.C. § 405(g), directing the Administrative Law Judge to further develop the record in accordance with the instructions of the Report and Recommendation. No objections to the Report and Recommendation have been filed, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

**IT IS SO ORDERED**, this 23rd day of February, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge